IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMMY GEORGE PERKINS, #277727, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:14-cv-1046-WKW |
| ) | |
| CARTER F. DAVENPORT, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

On October 14, 2014, the Magistrate Judge filed a Recommendation (Doc. #36) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1631.

DONE this 10th day of November, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE